

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2017

No. 04-16-00715-CV

**IN RE M.L.D.R.E., D.A.E., A.A.E., AND Y.M.E., CHILDREN**,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3147-CCL
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file the appellant's brief is granted. We order appellant to file the appellant's brief by February 10, 2017. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court